# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : CRIMINAL ACTION NO. |
| | : 2:16-CR-2-13-RWS-JCF |
| WALTER XAVIER FLOWERS, | : |
| | : |
| Defendant. | : |

## **ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge J. Clay Fuller [Doc. No. 429]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 429] is hereby approved and adopted as the opinion and order of this Court. As such, Defendant's Motion to Vacate is DENIED, and a Certificate of Appealability is DENIED. Defendant's Motion to Appoint Counsel [Doc. No. 408] is DENIED as moot. The Clerk is DIRECTED to close Civil Action No. 2:18-CV-173.

**SO ORDERED** this 25th day of March, 2019.

_____
**RICHARD W. STORY**
United States District Judge